**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| RAFFEL SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EUROTEC SEATING, INC. (d/b/a SEATCRAFT; 4SEATING.COM)<br><br>Defendant. | Case No. 2:16-cv-01257-WED<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff, Raffel Systems, LLC, ("Raffel" or "Plaintiff") by its undersigned counsel, hereby answers the counterclaims of Defendant Eurotec Seating, Inc. (d/b/a Seatcraft; 4SEATING.COM) ("Eurotec" or "Defendant"), dated December 7, 2016, as follows:

1. The statement in this paragraph does not set forth factual allegations and therefore no response is required.
2. Admitted.
3. Admitted.
4. Admitted.

### COUNTERCLAIM I

### (Declaratory Judgment of Noninfringement of the '241 Patent)

5. Admitted.
6. Denied.
7. Denied.

### COUNTERCLAIM II

### (Declaratory Judgment of Noninfringement of the '043 Patent)

8. Admitted.

9. Denied.

10. Denied.

**COUNTERCLAIM III**

**(Declaratory Judgment of Noninfringement of the '098 Patent)**

11. Admitted that the switch shown in the '098 patent existed prior to the filing date of the patent. Denied that the switch shown in the '098 patent existed more than 1 year prior to the filing date of the patent and further denied that the existence of the switch prior to the filing date of the patent is prior art under 35 U.S.C. §§101, *et seq*.

12. Denied.

13. Denied.

14. Denied.

**COUNTERCLAIM IV**

**(Declaratory Judgment of Noninfringement of the '099 Patent)**

15. Admitted that the switch shown in the '099 patent existed prior to the filing date of the patent. Denied that the switch shown in the '099 patent existed more than 1 year prior to the filing date of the patent and further denied that the existence of the switch prior to the filing date of the patent is prior art under 35 U.S.C. §§101, *et seq*.

16. Denied.

17. Denied.

18. Denied.

**COUNTERCLAIM V**

**(Declaratory Judgment of Invalidity of the '241 Patent)**

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

**COUNTERCLAIM VI**

**(Declaratory Judgment of Invalidity of the '043 Patent)**

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

**COUNTERCLAIM VII**

**(Declaratory Judgment of Invalidity of the '098 Patent)**

30. Admitted that the switch shown in the '098 patent existed prior to the filing date of the patent. Denied that the switch shown in the '098 patent existed more than 1 year prior to the filing date of the patent and further denied that the existence of the switch prior to the filing date of the patent is prior art under 35 U.S.C. §§101, *et seq*.

31. Denied.

32. Denied.

33. Denied.

**COUNTERCLAIM VIII**

**(Declaratory Judgment of Noninfringement and/or Invalidity of the '099 Patent)**

34. Admitted that the switch shown in the '098 patent existed prior to the filing date of the patent. Denied that the switch shown in the '098 patent existed more than 1 year prior to the filing date of the patent and further denied that the existence of the switch prior to the filing date of the patent is prior art under 35 U.S.C. §§101, *et seq*.

35. Denied.

36. Denied.

37. Denied.

## EUROTEC'S PRAYER FOR RELIEF

Raffel denies that Eurotec is entitled to any of the relief requested in its Prayer For Relief and further denies any factual assertions contained therein.

## AFFIRMATIVE DEFENSES

Raffel asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

United States Patent No. 9,192,241 ("the '241 Patent), United States Patent No. 9,254,043 ("the '043 Patent"), United States Patent No. D691,098 ("the '098 Patent"), and United States Patent No. D691,099 ("the '099 Patent") were duly and properly issued to Raffel by the United States Patent and Trademark Office pursuant to 35 U.S.C. §101 *et. seq*., and are valid and subsisting under 35 U.S.C. § 154.

## SECOND AFFIRMATIVE DEFENSE

The '241, '043, '098, and '099 Patents of Raffel are presumed valid under 35 U.S.C. § 282.

## THIRD AFFIRMATIVE DEFENSE

By its conduct and actions, Eurotec has literally infringed or induced others to literally infringe the ‘241, ‘043, ‘098, and ‘099 Patents of Raffel.

## FOURTH AFFIRMATIVE DEFENSE

By its conduct and actions, Eurotec has infringed the ‘241, ‘043, ‘098, and ‘099 Patents of Raffel under the doctrine of equivalents, or has induced others to infringe the patents under the doctrine of equivalents.

## FIFTH AFFIRMATIVE DEFENSE

Eurotec’s allegations fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Raffel respectfully requests that Judgment be entered in favor of Raffel against Defendant Eurotec, and that Raffel be granted the following relief:

A. Dismissal of Eurotec’s counterclaims with prejudice;

B. All other relief sought by Raffel in its Complaint for Patent Infringement, as identified in paragraphs A through T thereof; and

C. Such further and other relief as this Court may deem just and proper.

DATED: December 27, 2016

Respectfully submitted,

s/Tyler J. Sisk
Tyler J. Sisk, SBN 1054892
David A. Casimir, SBN 1036453
CASIMIR JONES, S.C.
2275 Deming Way, Suite 310
Middleton, Wisconsin 53562
Telephone: 608.662.1277
Facsimile: 608.662.1276
E-Mail: tjsisk@casimirjones.com
dacasimir@casimirjones.com
Attorneys for Plaintiff Raffel Systems, LLC