IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RAFFEL SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EUROTEC SEATING, INC. (d/b/a SEATCRAFT; 4SEATING.COM) <br><br> Defendant. | Case No. 2:16-cv-01257-WED <br><br> JURY TRIAL DEMANDED |

---

**JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

---

The parties to this action, acting through counsel, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, hereby jointly stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: March 22, 2017          CASIMIR JONES, S.C.

                               s/Tyler J. Sisk
                               Tyler J. Sisk, SBN 1054892
                               David A. Casimir, SBN 1036453
                               2275 Deming Way, Suite 310
                               Middleton, Wisconsin 53562

1

Telephone: 608.662.1277
Facsimile: 608.662.1276
E-Mail: tjsisk@casimirjones.com
  dacasimir@casimirjones.com
***Attorneys for Plaintiff Raffel Systems, LLC***

Dated: March 22, 2017   ANDRUS INTELLECTUAL PROPERTY

/s/Christopher R. Liro
Christopher R. Liro (1089843)
chris.liro@andruslaw.com
ANDRUS INTELLECTUAL PROPERTY LAW, LLP
100 East Wisconsin Avenue
Suite 1100
Milwaukee, WI 53202
Tel.: (414) 271-7590

KUNDU PLLC

Sudip Kundu (*pro hac vice*)
sudip.kundu@kundupllc.com
Matthew Cunningham (*pro hac vice*)
KUNDU PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
Tel.: (202) 749-8372

***Attorney for Defendant Eurotec Seating Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this day, March 22, 2017, I have caused the foregoing Joint Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including :


Christopher R. Liro (1089843)
ANDRUS INTELLECTUAL PROPERTY LAW, LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Telephone: 414-271-7590
Facsimile: 414-271-5770
E-mail: chris.liro@andruslaw.com

Sudip Kundu (of counsel)
sudip.kundu@kundupllc.com
Matthew Cunningham (of counsel)
matthew.cunningham@kundupllc.com
KUNDU PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
Tel.: (202) 749-8372

                                          s/Tyler J. Sisk
                                          Tyler J. Sisk, SBN 1054892
                                          2275 Deming Way, Suite 310
                                          Middleton, Wisconsin 53562
                                          Telephone: 608.662.1277
                                          Facsimile: 608.662.1276
                                          E-Mail: tjsisk@casimirjones.com